[No. 72627-7-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ALBERTO VELA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12307-6, Monica J. Benton, J., entered October 10, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Leach, JJ.

[No. 72709-5-I.   Division One.   April 18, 2016.]

*In the Matter of the Marriage of* ALINA FAROOQ, *Respondent*, and AZEEM KHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-10458-3, Kimberley Prochnau, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Becker, J.

[No. 72803-2-I.   Division One.   April 18, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON CHRISTOPHER PAMON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00176-9, Laura C. Inveen, J., entered November 13, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Appelwick and Dwyer, JJ.

[No. 72818-1-I.   Division One.   April 18, 2016.]

JOHN NORTON ET AL., *Appellants*, v. GRAHAM AND DUNN, PC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-16205-9, Beth M. Andrus, J., entered November 14, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.